

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

> Application granted.
>
> The conference set for January 17, 2023 is adjourned.
>
> Due to a scheduling conflict, the conference scheduled for January 31, 2023 is rescheduled to February 1, 2023 at 10:30 a.m., to be held by telephone. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> January 12, 2023

**Via ECF**

The Honorable Philip M. Halpern, U.S.D.J.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *220 New Roc LLC v. Vita-Mix Ma[nagement Corp., et al.]*
    Consent Request to Adjourn Janua[ry 17, 2023 Conference]

Dear Judge Halpern:

We represent Plaintiff 220 New Roc LLC ("Plaintiff") in the above-referenced matter. We write, with the consent of Defendants Vita-Mix Management Corp. and Mark Guinto ("Defendants"), to request an adjournment of the discovery conference currently scheduled for January 17, 2023 at 12:00 p.m.

The reason for the request is that Plaintiff's counsel has a conflict due to a mediation scheduled in another matter. This is the first request for an extension or adjournment in this action. We have conferred with counsel for Defendants, and Defendants consent to the requested adjournment. Pursuant to the Court's November 7, 2022 Order, there is a telephonic conference scheduled in this matter on January 31, 2023 at 10:00 a.m., and counsel for all Parties are available to discuss the discovery issues raised in their December 27, 2022 letter (ECF No. 21) at the January 31, 2023 conference.

We thank the Court for its attention in this matter.

2

                Respectfully submitted,

                *s/ Mark Berkowitz*

                Mark Berkowitz

cc: All Counsel of Record (via ECF)